GORLICK, KRAVITZ & LISTHAUS, P.C.
Michael J. Vollbrecht, Esq. (MV 1118)
17 State Street, 4th Floor
New York, New York 10004
(212) 269-2500
MVollbrecht@gkllaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MASON TENDERS DISTRICT COUNCIL       :
WELFARE FUND, PENSION FUND, ANNUITY  :
FUND, and TRAINING PROGRAM FUND, and :     07 Civ.
JOHN J. VIRGA, in his fiduciary capacity as Director, :
                                     :     CERTIFICATE OF
                        Plaintiffs,  :     IDENTIFICATION OF
                                     :     CORPORATE AFFILIATION
        - against -                  :
                                     :
YORK HUNTER INC., YORK HUNTER MANAGEMENT :
LLC, KENNETH CALAO d/b/a YORK HUNTER :
MANAGEMENT LLC, and KENNETH CALAO,   :
                                     :
                        Defendants.  :
------------------------------------------------------------------X



1.      This Certificate is prepared in compliance with Rule 7.1 of the Local Civil Rules of the Southern and Eastern Districts of New York to enable judges and magistrates to evaluate possible disqualification or recusal.

2.      Plaintiffs Mason Tenders District Council Welfare Fund, Pension Fund, Annuity Fund, and Training Program Fund, and John J. Virga, in his fiduciary capacity as Director have no corporate parents, subsidiaries, or affiliates.

Dated:  New York, New York
        July 18, 2007

                                GORLICK, KRAVITZ & LISTHAUS, P.C.
                                Attorneys for Plaintiffs

                                By: _____
                                Michael J. Vollbrecht, Esq.
                                MV 1118
                                17 State Street, 4th Floor
                                New York, New York 10004
                                (212) 269-2500