# BAUMAN KATZ & GRILL LLP
ATTORNEYS AT LAW
28 West 44th Street
Suite 900
New York, New York 10036

DANIEL E. KATZ
MARK S. BAUMAN
DAVID M. GRILL
STEVEN CRAMER

WILLIAM V. DALESSANDRO
MICHAEL E. NAFTOLIN
EREZ GLAMBOSKY
YASMIN R. SAEED

Telephone: (212) 684-0300
Facsimile: (212) 417-9380
E-Mail: bkg@bkgllplaw.com

Of Counsel
JOHN M. GIORDANO
NICHOLAS KALFA

*USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____*

October 26, 2007

**VIA FEDEX**

Hon. William H. Pauley III, U.S.D.J.
United Stated District Court
Southern District of New York
500 Pearl Street, Room 2210
New York, New York 10007

*Application granted. The conference is adjourned to 12/14/07 at 10:45 a.m.*

**SO ORDERED:**

WILLIAM H. PAULEY III U.S.D.J.
11/6/07

Re:   *Mason Tenders District Council Welfare Fund, et. al. v. York Hunter, Inc., et. al.,*
      07 Civ. 6600 (WHP)

Dear Judge Pauley:

We represent Defendants York Hunter, Inc., York Hunter Management, LLC, Kenneth Colao d/b/a York Hunter Management, LLC and Kenneth Colao, the defendants in the above-referenced action.

There is now an initial pre-trial conference scheduled in this case for November 9, 2007 at 9:30 a.m. and I am writing, on consent of plaintiffs' attorneys, to request an adjournment of the conference to December 14, 2007. The parties appear to be close to settling this case and no such requests have previously been made.

Thank you for your consideration.

Respectfully,

Daniel E. Katz (7222)

DEK:tw

cc:   Michael S. Adler, Esq. (via facsimile)
      York Hunter