UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
MASON TENDERS DISTRICT COUNCIL           :
WELFARE FUND, PENSION FUND,
ANNUITY FUND AND TRAINING FUND,          :
and DIRECTOR JOHN J. VIRGA in his
fiduciary capacity as Director                  :

                Plaintiffs,     :     07 Civ. 6600 (WHP)

          -against-           :     <u>SCHEDULING ORDER NO. 1</u>

YORK HUNTER, INC., YORK HUNTER          :
MANAGEMENT LLC, KENNETH CALAO
d/b/a YORK HUNTER MANAGEMENT LLC,  :
AND KENNETH CALAO,
                                                  :
                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        Counsel for all parties having appeared for a December 14, 2007 conference, the following schedule is established on consent:

1. Discovery shall be completed by April 25, 2008;

2. The parties shall submit a joint pre-trial order in accordance with this Court's individual practices by May 23, 2008; and

3. This Court will hold a final pre-trial conference on June 6, 2008 at 10:45 a.m.

Dated:    December 14, 2007
            New York, New York

                                         SO ORDERED:

                                         WILLIAM H. PAULEY III
                                                U.S.D.J.

*Counsel of Record:*

Michael John Vollbrecht, Esq.
Gorlick, Kravitz & Listhaus, P.C.
17 State Street
4th Floor
New York, NY 10004
*Counsel for Plaintiffs*

Daniel Katz, Esq.
Bauman Katz & Grill LLP
28 West 44th Street
Suite 900
New York, NY 10036
*Counsel for Defendants*