UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————————x

MASON TENDERS DISTRICT COUNCIL WELFARE          07CV 6600 (WHP)
FUND, PENSION FUND, ANNUITY FUND, and
TRAINING PROGRAM FUND, and JOHN J. VIRGA,
in his fiduciary capacity as Director,

                                    Plaintiffs,          ANSWER AND DEMAND
          -against-                                      FOR JURY TRIAL


YORK HUNTER, INC., YORK HUNTER
MANAGEMENT LLC, KENNETH CALAO d/b/a
YORK HUNTER MANAGEMENT LLC, and
KENNETH CALAO,

                                    Defendants.

——————————————————————————x

      Defendants York Hunter, Inc., York Hunter Management LLC, Kenneth Colao s/h/a Kenneth

Calao d/b/a York Hunter Management LLC, and Kenneth Colao s/h/a Kenneth Calao (collectively

"York Hunter"), by and through their attorneys, Bauman Katz and Grill LLP, as and for their Answer

in response to the Complaint of Plaintiffs Mason Tenders District Council Welfare Fund, Pension

Fund, Annuity Fund, and Training Program Fund, and John J. Virga, in his fiduciary capacity as

Director (collectively "Plaintiffs"), hereby allege, upon information and belief, as follows:

## ANSWER AS TO THE NATURE OF THE ACTION AND JURISDICTION

      1.     Neither deny nor admit the allegations contained in paragraph "1" of the Complaint

and respectfully refer all questions of law to the Court. Deny the allegations contained in paragraph

"1" that refer to York Hunter.

      2.     Neither deny nor admit the allegations contained in paragraph "2" of the Complaint

and respectfully refer all questions of law to the Court.

3.      Neither deny nor admit the allegations contained in paragraph "3" of the Complaint and respectfully refer all questions of law to the Court.

## ANSWER AS TO PARTIES

4.      Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "4" of the Complaint and respectfully refer all questions of law to the Court.

5.      Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "5" of the Complaint and respectfully refer all questions of law to the Court.

6.      Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "6" of the Complaint and respectfully refer all questions of law to the Court.

7.      Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "7" of the Complaint and respectfully refer all questions of law to the Court.

8.      Deny the allegations contained in paragraph "8" of the Complaint and respectfully refer all questions of law to the Court, and to the Agreement(s) for its terms, meaning and effect.

9.      Deny the allegations contained in paragraph "9" of the Complaint and respectfully refer all questions of law to the Court, and to the Agreement(s) for its terms, meaning and effect.

10.     Deny the allegations contained in paragraph "10" of the Complaint and respectfully refer all questions of law to the Court, and to the Agreement(s) for its terms, meaning and effect.

11.     Deny the allegations contained in paragraph "11" of the Complaint.

12.     Deny the allegations contained in paragraph "12" of the Complaint and respectfully refer the Court to the Agreement for its terms, meaning and effect.

13.     Deny the allegations contained in paragraph "13" of the Complaint and respectfully refer the Court to the Agreement for its terms, meaning and effect.

## ANSWERING THE FIRST CLAIM FOR RELIEF

14.    Repeat the allegations, denials and admissions set forth in response to the allegations contained in paragraphs "1" through "13" of the Complaint.

15.    Deny the allegations contained in paragraph "15" of the Complaint and respectfully refer the Court to the Agreement for its terms, meaning and effect.

16.    Deny the allegations contained in paragraph "16" of the Complaint.

17.    Deny the allegations contained in paragraph "17" of the Complaint and respectfully refer the Court to the Agreement(s) for its terms, meaning and effect.

18.    Deny the allegations contained in paragraph "18" of the Complaint.

## ANSWERING THE SECOND CLAIM FOR RELIEF

19.    Repeat the allegations, denials and admissions set forth in response to the allegations contained in paragraphs "1" through "18" of the Complaint.

20.    Deny the allegations contained in paragraph "20" of the Complaint and respectfully refer the Court to the Agreement(s) for its terms, meaning and effect.

21.    Deny the allegations contained in paragraph "21" of the Complaint.

22.    Deny the allegations contained in paragraph "22" of the Complaint and respectfully refer the Court to the Agreement(s) for its terms, meaning and effect.

23.    Deny the allegations contained in paragraph "23" of the Complaint and respectfully refer the Court to the Agreement(s) for its terms, meaning and effect.

## ANSWERING THE THIRD CLAIM FOR RELIEF

24.    Repeat the allegations, denials and admissions set forth in response to the allegations contained in paragraphs "1" through "23" of the Complaint.

25.     Deny the allegations contained in paragraph "25" of the Complaint and respectfully refer the Court to the Agreement for its terms, meaning and effect.

26.     Deny the allegations contained in paragraph "26" of the Complaint and respectfully refer the Court to the Agreement for its terms, meaning and effect.

27.     Deny the allegations contained in paragraph "27" of the Complaint.

28.     Deny the allegations contained in paragraph "28" of the Complaint.

### ANSWERING THE FOURTH CLAIM FOR RELIEF

29.     Repeat the allegations, denials and admissions set forth in response to the allegations contained in paragraphs "1" through "28" of the Complaint.

30.     Deny the allegations contained in paragraph "30" of the Complaint and respectfully refer the Court to the Agreement for its terms, meaning and effect.

31.     Deny the allegations contained in paragraph "31" of the Complaint.

32.     Deny the allegations contained in paragraph "32" of the Complaint and respectfully refer the Court to the Agreement for its terms, meaning and effect.

33.     Deny the allegations contained in paragraph "33" of the Complaint.

### ANSWERING THE FIFTH CLAIM FOR RELIEF

34.     Repeat the allegations, denials and admissions set forth in response to the allegations contained in paragraphs "1" through "33" of the Complaint.

35.     Deny the allegations contained in paragraph "35" of the Complaint and respectfully refer the Court to the Agreement(s) for its terms, meaning and effect.

36.     Deny the allegations contained in paragraph "36" of the Complaint.

37.     Deny the allegations contained in paragraph "37" of the Complaint and respectfully

4

refer the Court to the Agreement(s) for its terms, meaning and effect.

38.    Deny the allegations contained in paragraph "38" of the Complaint and respectfully refer the Court to the Agreement(s) for its terms, meaning and effect.

## ANSWERING THE SIXTH CLAIM FOR RELIEF

39.    Repeat the allegations, denials and admissions set forth in response to the allegations contained in paragraphs "1" through "38" of the Complaint.

40.    Deny the allegations contained in paragraph "40" of the Complaint and respectfully refer the Court to the Agreement for its terms, meaning and effect.

41.    Deny the allegations contained in paragraph "41" of the Complaint and respectfully refer the Court to the Agreement for its terms, meaning and effect.

42.    Deny the allegations contained in paragraph "42" of the Complaint.

43.    Deny the allegations contained in paragraph "43" of the Complaint.

## ANSWERING THE SEVENTH CLAIM FOR RELIEF

44.    Repeat the allegations, denials and admissions set forth in response to the allegations contained in paragraphs "1" through "43" of the Complaint.

45.    Neither admit nor deny the allegations contained in paragraph "45" of the Complaint and respectfully refer all questions of law to the Court.

46.    Deny the allegations contained in paragraph "46" of the Complaint and respectfully refer all questions of law to the Court.

47.    Deny the allegations contained in paragraph "47" of the Complaint and respectfully refer all questions of law to the Court.

48.    Deny the allegations contained in paragraph "48" of the Complaint and respectfully

refer all questions of law to the Court.

## ANSWERING THE EIGHTH CLAIM FOR RELIEF

49.     Repeat the allegations, denials and admissions set forth in response to the allegations contained in paragraphs "1" through "48" of the Complaint.

50.     Neither admit nor deny the allegations contained in paragraph "50" of the Complaint and respectfully refer all questions of law to the Court.

51.     Deny the allegations contained in paragraph "51" of the Complaint and respectfully refer all questions of law to the Court, and respectfully refer the Court to the Agreement(s) for its terms, meaning and effect.

52.     Neither admit nor deny the allegations contained in paragraph "52" of the Complaint and respectfully refer all questions of law to the Court.

53.     Deny the allegations contained in paragraph "53" of the Complaint and respectfully refer all questions of law to the Court and respectfully refer the Court to the Agreement(s) for its terms, meaning and effect.

## ANSWERING THE NINTH CLAIM FOR RELIEF

54.     Repeat the allegations, denials and admissions set forth in response to the allegations contained in paragraphs "1" through "53" of the Complaint.

55.     Neither admit nor deny the allegations contained in paragraph "55" of the Complaint and respectfully refer all questions of law to the Court.

56.     Deny the allegations contained in paragraph "56" of the Complaint and respectfully refer all questions of law to the Court and respectfully refer the Court to the Agreement(s) for its terms, meaning and effect.

57.     Deny the allegations contained in paragraph "57" of the Complaint and respectfully refer all questions of law to the Court.

58.     Deny the allegations contained in paragraph "58" of the Complaint and respectfully refer all questions of law to the Court.

## ANSWERING THE TENTH CLAIM FOR RELIEF

59.     Repeat the allegations, denials and admissions set forth in response to the allegations contained in paragraphs "1" through "58" of the Complaint.

60.     Neither admit nor deny the allegations contained in paragraph "60" of the Complaint and respectfully refer all questions of law to the Court.

61.      Deny the allegations contained in paragraph "61" of the Complaint and respectfully refer all questions of law to the Court and respectfully refer the Court to the Agreement(s) for its terms, meaning and effect.

62.     Deny the allegations contained in paragraph "62" of the Complaint and respectfully refer all questions of law to the Court.

63.     Deny the allegations contained in paragraph "63" of the Complaint and respectfully refer all questions of law to the Court and respectfully refer the Court to the Agreement(s) for its terms, meaning and effect.

## ANSWERING THE ELEVENTH CLAIM FOR RELIEF

64.     Repeat the allegations, denials and admissions set forth in response to the allegations contained in paragraphs "1" through "63" of the Complaint.

65.     Deny the allegations contained in paragraph "65" of the Complaint and respectfully refer all questions of law to the Court and respectfully refer the Court to the Agreement(s) for its

terms, meaning and effect.

66.    Deny the allegations contained in paragraph "66" of the Complaint and respectfully refer all questions of law to the Court and respectfully refer the Court to the Agreement(s) for its terms, meaning and effect.

67.    Deny the allegations contained in paragraph "67" of the Complaint and respectfully refer all questions of law to the Court

68.    Deny the allegations contained in paragraph "68" of the Complaint and respectfully refer all questions of law to the Court and respectfully refer the Court to the Agreement(s) for its terms, meaning and effect.

69.    Deny the allegations contained in paragraph "69" of the Complaint and respectfully refer all questions of law to the Court

70.    Deny the allegations contained in paragraph "70" of the Complaint and respectfully refer all questions of law to the Court.

71.    Deny the allegations contained in paragraph "71" of the Complaint and respectfully refer all questions of law to the Court.

## ANSWERING THE TWELFTH CLAIM FOR RELIEF

72.    Repeat the allegations, denials and admissions set forth in response to the allegations contained in paragraphs "1" through "71" of the Complaint.

73.    Deny the allegations contained in paragraph "73" of the Complaint and respectfully refer all questions of law to the Court and respectfully refer the Court to the Agreement(s) for its terms, meaning and effect.

74.    Deny the allegations contained in paragraph "74" of the Complaint.

8

75.     Deny the allegations contained in paragraph "75" of the Complaint and respectfully refer the Court to the Agreement(s) for its terms, meaning and effect, and respectfully requests that the Court deny the request contained therein in its entirety.

## ANSWERING THE THIRTEENTH CLAIM FOR RELIEF

76.     Repeat the allegations, denials and admissions set forth in response to the allegations contained in paragraphs "1" through "75" of the Complaint.

77.     Deny the allegations contained in paragraph "77" of the Complaint and respectfully refer all questions of law to the Court and respectfully refer the Court to the Agreement(s) for its terms, meaning and effect.

78.     Deny the allegations contained in paragraph "78" of the Complaint.

79.     Deny the allegations contained in paragraph "79" of the Complaint and respectfully refer the Court to the Agreement(s) for its terms, meaning and effect and respectfully requests that the Court deny the request contained therein in its entirety.

## ANSWERING THE FOURTEENTH CLAIM FOR RELIEF

80.     Repeat the allegations, denials and admissions set forth in response to the allegations contained in paragraphs "1" through "79" of the Complaint.

81.     Deny the allegations contained in paragraph "81" of the Complaint and respectfully refer all questions of law to the Court and respectfully refer the Court to the Agreement(s) for its terms, meaning and effect.

82.     Deny the allegations contained in paragraph "82" of the Complaint and respectfully refer the Court to the Agreement(s) for its terms, meaning and effect.

83.     Deny the allegations contained in paragraph "83" of the Complaint.

84.    Deny the allegations contained in paragraph "84" of the Complaint.

## ANSWERING THE FIFTEENTH CLAIM FOR RELIEF

85.    Repeat the allegations, denials and admissions set forth in response to the allegations contained in paragraphs "1" through "84" of the Complaint.

86.    Deny the allegations contained in paragraph "86" of the Complaint and respectfully refer all questions of law to the Court and respectfully refer the Court to the Agreement(s) for its terms, meaning and effect.

87.    Deny the allegations contained in paragraph "87" of the Complaint and respectfully refer all questions of law to the Court and respectfully refer the Court to the Agreement(s) for its terms, meaning and effect.

88.    Deny the allegations contained in paragraph "88" of the Complaint.

89.    Deny the allegations contained in paragraph "89" of the Complaint and respectfully refer the Court to the Agreement(s) for its terms, meaning and effect.

## ANSWERING THE SIXTEENTH CLAIM FOR RELIEF

90.    Repeat the allegations, denials and admissions set forth in response to the allegations contained in paragraphs "1" through "89" of the Complaint.

91.    Deny the allegations contained in paragraph "91" of the Complaint and respectfully refer all questions of law to the Court and respectfully refer the Court to the Agreement(s) for its terms, meaning and effect.

92.    Deny the allegations contained in paragraph "92" of the Complaint and respectfully refer all questions of law to the Court and respectfully refer the Court to the Agreement(s) for its terms, meaning and effect.

93.    Deny the allegations contained in paragraph "93" of the Complaint.

94.    Deny the allegations contained in paragraph "94" of the Complaint.

## ANSWERING THE SEVENTEENTH CLAIM FOR RELIEF

95.    Repeat the allegations, denials and admissions set forth in response to the allegations contained in paragraphs "1" through "94" of the Complaint.

96.    Deny the allegations contained in paragraph "96" of the Complaint and respectfully refer the Court to the Agreement(s) for its terms, meaning and effect.

97.    Deny the allegations contained in paragraph "97" of the Complaint and respectfully refer the Court to the Agreement(s) for its terms, meaning and effect.

98.    Deny the allegations contained in paragraph "98" of the Complaint.

99.    Deny the allegations contained in paragraph "99" of the Complaint.

## ANSWERING THE EIGHTEENTH CLAIM FOR RELIEF

100.    Repeat the allegations, denials and admissions set forth in response to the allegations contained in paragraphs "1" through "99" of the Complaint.

101.    Deny the allegations contained in paragraph "101" of the Complaint and respectfully refer the Court to the Agreement(s) for its terms, meaning and effect.

102.    Deny the allegations contained in paragraph "102" of the Complaint and respectfully refer the Court to the Agreement(s) for its terms, meaning and effect.

103.    Deny the allegations contained in paragraph "103" of the Complaint.

104.    Deny the allegations contained in paragraph "104" of the Complaint.

## ANSWERING THE NINETEENTH CLAIM FOR RELIEF

105.    Repeat the allegations, denials and admissions set forth in response to the allegations

contained in paragraphs "1" through "104" of the Complaint.

106.    Deny the allegations contained in paragraph "106" of the Complaint and respectfully refer the Court to the Agreement(s) for its terms, meaning and effect.

107.    Deny the allegations contained in paragraph "107" of the Complaint and respectfully refer the Court to the Agreement(s) for its terms, meaning and effect.

108.    Deny the allegations contained in paragraph "108" of the Complaint.

109.    Deny the allegations contained in paragraph "109" of the Complaint.

## ANSWERING THE TWENTIETH CLAIM FOR RELIEF

110.    Repeat the allegations, denials and admissions set forth in response to the allegations contained in paragraphs "1" through "109" of the Complaint.

111.    Deny the allegations contained in paragraph "111" of the Complaint and respectfully refer the Court to the Agreement(s) for its terms, meaning and effect.

112.    Deny the allegations contained in paragraph "112" of the Complaint and respectfully refer the Court to the Agreement(s) for its terms, meaning and effect.

113.    Deny the allegations contained in paragraph "113" of the Complaint.

114.    Deny the allegations contained in paragraph "114" of the Complaint.

## ANSWERING THE TWENTY-FIRST CLAIM FOR RELIEF

115.    Repeat the allegations, denials and admissions set forth in response to the allegations contained in paragraphs "1" through "114" of the Complaint.

116.    Deny the allegations contained in paragraph "116" of the Complaint and respectfully refer the Court to the Agreement(s) for its terms, meaning and effect.

117.    Deny the allegations contained in paragraph "117" of the Complaint and respectfully

refer the Court to the Agreement(s) for its terms, meaning and effect.

118.    Deny the allegations contained in paragraph "118" of the Complaint.

119.    Deny the allegations contained in paragraph "119" of the Complaint and respectfully refer the Court to the Agreement(s) for its terms, meaning and effect.

## ANSWERING THE TWENTY-SECOND CLAIM FOR RELIEF

120.    Repeat the allegations, denials and admissions set forth in response to the allegations contained in paragraphs "1" through "119" of the Complaint.

121.    Deny the allegations contained in paragraph "121" of the Complaint and respectfully refer the Court to the Agreement(s) for its terms, meaning and effect.

122.    Deny the allegations contained in paragraph "122" of the Complaint and respectfully refer the Court to the Agreement(s) for its terms, meaning and effect.

123.    Deny the allegations contained in paragraph "123" of the Complaint.

124.    Deny the allegations contained in paragraph "124" of the Complaint.

## ANSWERING THE TWENTY-THIRD CLAIM FOR RELIEF

125.    Repeat the allegations, denials and admissions set forth in response to the allegations contained in paragraphs "1" through "124" of the Complaint.

126.    Deny the allegations contained in paragraph "126" of the Complaint and respectfully refer the Court to the Agreement(s) for its terms, meaning and effect.

127.    Deny the allegations contained in paragraph "127" of the Complaint and respectfully refer the Court to the Agreement(s) for its terms, meaning and effect.

128.    Deny the allegations contained in paragraph "128" of the Complaint.

129.    Deny the allegations contained in paragraph "129" of the Complaint.

## ANSWERING THE TWENTY-FOURTH CLAIM FOR RELIEF

130.    Repeat the allegations, denials and admissions set forth in response to the allegations contained in paragraphs "1" through "129" of the Complaint.

131.    Deny the allegations contained in paragraph "131" of the Complaint and respectfully refer the Court to the Agreement(s) for its terms, meaning and effect.

132.    Deny the allegations contained in paragraph "132" of the Complaint and respectfully refer the Court to the Agreement(s) for its terms, meaning and effect.

133.    Deny the allegations contained in paragraph "133" of the Complaint.

134.    Deny the allegations contained in paragraph "134" of the Complaint and respectfully refer the Court to the Agreement(s) for its terms, meaning and effect.

## ANSWERING THE TWENTY-FIFTH CLAIM FOR RELIEF

135.    Repeat the allegations, denials and admissions set forth in response to the allegations contained in paragraphs "1" through "134" of the Complaint.

136.    Deny the allegations contained in paragraph "136" of the Complaint and respectfully refer the Court to the Agreement(s) for its terms, meaning and effect.

137.    Deny the allegations contained in paragraph "137" of the Complaint and respectfully refer the Court to the Agreement(s) for its terms, meaning and effect.

138.    Deny the allegations contained in paragraph "138" of the Complaint.

139.    Deny the allegations contained in paragraph "139" of the Complaint.

## ANSWERING THE TWENTY-SIXTH CLAIM FOR RELIEF

140.    Repeat the allegations, denials and admissions set forth in response to the allegations

14

contained in paragraphs "1" through "139" of the Complaint.

141.    Deny the allegations contained in paragraph "141" of the Complaint and respectfully refer the Court to the Agreement(s) for its terms, meaning and effect.

142.    Deny the allegations contained in paragraph "142" of the Complaint.

143.    Deny the allegations contained in paragraph "143" of the Complaint.

144.    Deny the allegations contained in paragraph "144" of the Complaint.

145.    Deny the allegations contained in paragraph "145" of the Complaint.

146.    Deny the allegations contained in paragraph "146" of the Complaint.

## ANSWERING THE TWENTY-SEVENTH CLAIM FOR RELIEF

147.    Repeat the allegations, denials and admissions set forth in response to the allegations contained in paragraphs "1" through "146" of the Complaint.

148.    Deny the allegations contained in paragraph "148" of the Complaint and respectfully refer the Court to the Agreement(s) for its terms, meaning and effect.

149.    Deny the allegations contained in paragraph "149" of the Complaint and respectfully refer the Court to the Agreement(s) for its terms, meaning and effect.

150.    Deny the allegations contained in paragraph "150" of the Complaint.

## ANSWERING THE TWENTY-EIGHTH CLAIM FOR RELIEF

151.    Repeat the allegations, denials and admissions set forth in response to the allegations contained in paragraphs "1" through "150" of the Complaint.

152.    Deny the allegations contained in paragraph "152" of the Complaint and respectfully refer the Court to the Agreement(s) for its terms, meaning and effect.

153.    Deny the allegations contained in paragraph "153" of the Complaint and respectfully

15

refer the Court to the Agreement(s) for its terms, meaning and effect.

154.    Deny the allegations contained in paragraph "154" of the Complaint and respectfully refer the Court to the Agreement(s) for its terms, meaning and effect.

155.    Deny the allegations contained in paragraph "155" of the Complaint.

156.    Deny the allegations contained in paragraph "156" of the Complaint and respectfully refer the Court to the Agreement(s) for its terms, meaning and effect.

157.    Deny the allegations contained in paragraph "157" of the Complaint.

## ANSWERING THE TWENTY-NINTH CLAIM FOR RELIEF

158.    Repeat the allegations, denials and admissions set forth in response to the allegations contained in paragraphs "1" through "157" of the Complaint.

159.    Deny the allegations contained in paragraph "159" of the Complaint and respectfully refer the Court to the Agreement(s) for its terms, meaning and effect.

160.    Deny the allegations contained in paragraph "160" of the Complaint.

161.    Deny the allegations contained in paragraph "161" of the Complaint.

## ANSWERING THE THIRTIETH CLAIM FOR RELIEF

162.    Repeat the allegations, denials and admissions set forth in response to the allegations contained in paragraphs "1" through "161" of the Complaint.

163.    Deny the allegations contained in paragraph "163" of the Complaint and respectfully refer the Court to the Agreement(s) for its terms, meaning and effect.

164.    Deny the allegations contained in paragraph "164" of the Complaint and respectfully refer the Court to the Agreement(s) for its terms, meaning and effect.

165.    Deny the allegations contained in paragraph "165" of the Complaint and respectfully

refer the Court to the Agreement(s) for its terms, meaning and effect.

166.    Deny the allegations contained in paragraph "166" of the Complaint and respectfully refer the Court to the Agreement(s) for its terms, meaning and effect.

167.    Deny the allegations contained in paragraph "167" of the Complaint and respectfully refer the Court to the Agreement(s) for its terms, meaning and effect.

168.    Deny the allegations contained in paragraph "168" of the Complaint and respectfully refer the Court to the Agreement(s) for its terms, meaning and effect, and respectfully requests that this Court deny the request of Plaintiffs contained therein in its entirety.

## ANSWERING THE THIRTIETH CLAIM FOR RELIEF

169.    Repeat the allegations, denials and admissions set forth in response to the allegations contained in paragraphs "1" through "168" of the Complaint.

170.    Deny the allegations contained in paragraph "170" of the Complaint and respectfully refer the Court to the Agreement(s) for its terms, meaning and effect.

171.    Deny the allegations contained in paragraph "171" of the Complaint and respectfully refer all questions of law to the Court.

172.    Deny the allegations contained in paragraph "172" of the Complaint.

173.    Deny the allegations contained in paragraph "173" of the Complaint.

174.    Deny the allegations contained in paragraph "174" of the Complaint and respectfully refer the Court to the Agreement(s) for its terms, meaning and effect, and respectfully requests that this Court deny the request of Plaintiffs contained therein in its entirety.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

175.    Plaintiffs have failed to state a cause of action upon which relief may be granted.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

176.    Plaintiffs' claims are barred by the doctrines of waiver, laches and estoppel.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

177.    Plaintiffs have been paid, and have accepted, all monies for which Plaintiffs are entitled to be paid.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

178.    That any injuries or damages sustained by Plaintiffs, as alleged in the Complaint, if any, were caused in whole or in part by the contributory negligence and/or culpable conduct of said Plaintiffs and not as a result of any contributory negligence and/or culpable conduct on the part of York Hunter.


**WHEREFORE,** Defendants York Hunter, Inc., York Hunter Management LLC, Kenneth Colao s/h/a Kenneth Calao d/b/a York Hunter Management LLC, and Kenneth Colao s/h/a Kenneth Calao (collectively "York Hunter") demands judgment as follows: (i) dismissing the Complaint as against York Hunter with prejudice; (ii) for the costs, disbursements and attorneys' fees incurred herein; and (iii) for such other and further relief as the Court may deem just, proper and equitable.

Dated:   New York, New York
         December 28, 2007

                                        BAUMAN KATZ & GRILL LLP
                                        Attorneys for Defendant
                                        YORK HUNTER, INC.

                                        By: _____
                                            Elvira Barisano (EB 6771)
                                        28 West 44th Street, Suite 600
                                        New York, New York 10036
                                        (212) 684-0300

TO:      GORLICK, KRAVITZ & LISTHAUS, P.C.
         Attorneys for Plaintiffs
         17 State Street, 4th Floor
         New York, New York 10004
         (212) 269-2500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————x

MASON TENDERS DISTRICT COUNCIL WELFARE          07CV 6600 (WHP)
FUND, PENSION FUND, ANNUITY FUND, and
TRAINING PROGRAM FUND, and JOHN J. VIRGA,
in his fiduciary capacity as Director,


                    -against-                                    AFFIRMATION OF
                                                                 SERVICE


YORK HUNTER, INC., YORK HUNTER
MANAGEMENT LLC, KENNETH CALAO d/b/a
YORK HUNTER MANAGEMENT LLC, and
KENNETH CALAO,

                              Defendants.

——————————————————————x

        Elvira Barisano, an attorney admitted to practice law in the State of New York, affirms under

penalty of perjury as follows:

        1.    I am not a party to this action.  I am over 18 years of age and reside in New York
County, New York.

        2.    That I served a copy of the within **Answer** upon the parties set forth at the addresses
shown below by depositing a true copy with the United States Postal Service, at a depository located
in the County of New York, addressed to:

        GORLICK, KRAVITZ & LISTHAUS, P.C.
        Attorneys for Plaintiffs
        17 State Street, 4th Floor
        New York, New York 10004
        (212) 269-2500


Dated:  New York, New York
        December 28, 2007


                                        Elvira Barisano (EB 6771)

                                        20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————x

**MASON TENDERS DISTRICT COUNCIL WELFARE FUND, PENSION FUND, ANNUITY FUND, and TRAINING PROGRAM FUND, and JOHN J. VIRGA, in his fiduciary capacity as Director,**

Plaintiffs,

-against-

**YORK HUNTER, INC., YORK HUNTER MANAGEMENT LLC, KENNETH CALAO d/b/a YORK HUNTER MANAGEMENT LLC, and KENNETH CALAO,**

Defendants.

————————————————————————x

### ANSWER AND DEMAND FOR JURY TRIAL

**BAUMAN KATZ & GRILL LLP**
Attorneys for Defendant York Hunter, Inc.
28 West 44th Street, Suite 900
New York, New York  10036
(212) 684-0300

To

Attorney(s) for

Service of a copy of the within                                is hereby admitted

Dated,

Attorney(s) for

......................................................

NOTICE OF ENTRY

that the within is a (certified) true copy of a
duly entered in the office of the clerk of the within named Court on          20

NOTICE OF SETTLEMENT

that an order
of which the within is a true copy will be presented for settlement to the HON.
one of the judges of the within named Court, at
on the            day of            20       at       M.

Dated,

Yours, etc.,

BAUMAN KATZ & GRILL LLP

Attorneys for Defendant York Hunter, Inc.

28 West 44th Street, Suite 900

New York, New York  10036
